

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Julia Norwich,

Vs. No. 11-19-00339-CV

Jack N. Mousa, Ltd., Donald S. Belt,
and Permian Hospitality Group, LLC,

\* From the 244th District Court
   of Ector County
   Trial Court No. C-16-02-0106-CV.

\* December 5, 2019

\* Per Curiam Memorandum Opinion
   (Panel consists of: Bailey, C.J.,
   Stretcher, J., and Wright, S.C.J.,
   sitting by assignment)
   (Willson, J., not participating)

This court has considered Jack N. Mousa, Ltd., Donald S. Belt, and Permian Hospitality Group, LLC's motion to dismiss their cross-appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the cross-appeal is dismissed. The appeal filed by Julia Norwich remains active. The costs incurred by reason of the cross-appeal are taxed against Jack N. Mousa, Ltd., Donald S. Belt, and Permian Hospitality Group, LLC.